OPINION — AG — ** WILLS — GIVE TO THE STATE — STATE AS BENEFICIARIES ** SAID $4,240.00 CASH BONUS AND ROYALTIES MAY NOT PROPERLY BE EXPENDED BY THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA FOR THE BENEFIT OF THE CRIPPLED CHILDREN'S HOSPITAL, BUT THAT THE INCOME THEREOF MAY BE SO EXPENDED. (WILLS, INCOME, INVESTMENT, PROCEEDS, INVESTMENT, DEATH BENEFITS, INTENT OF WILL) CITE: 10 O.S. 172.6 [10-172.6], 10 O.S. 172.15 [10-172.15], 70 O.S. 1242 [70-1242], 70 O.S. 1247.2 [70-1247.2] (FRED HANSEN)